In the Matter of the Judicial Settlement of the Accounts of the Executors of FREDERICK D. HODGMAN, Deceased.

(Submitted March 11, 1895; decided April 9, 1895.)

APPEAL from order of the General Term of the Supreme Court in the third judicial department, made December 4, 1894, which reversed a decree of the Surrogate's Court of Washington county dismissing a petition to open and vacate a decree of said surrogate and to open defaults of the petitioners.

*Edgar Hull* for appellant.

*Charles S. Foote* for respondent.

Agree to dismiss appeal; no opinion.
All concur.
Appeal dismissed.